UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATNAM SINGH KHOSA,<br><br>Petitioner,<br><br>v.<br><br>SERGIO ALBARRAN, *et al.*,<br><br>Respondents. | No.  1:26-cv-00532-JLT-CDB (HC)<br><br>ORDER DIRECTING COUNSEL FOR PETITIONER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED AS DUPLICATIVE OF EARLIER-FILED ACTION 1:26-cv-00185-JLT-CDB OR CONSOLIDATED PURSUANT TO FED. R. CIV. P. RULE 42(a)<br><br>(Doc. 1)<br><br>**FIVE (5)-DAY DEADLINE** |

Petitioner Satnam Singh Khosa ("Petitioner"), a federal detainee proceeding by counsel, initiated this action on January 21, 2026, with the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2241 and a contemporaneously filed motion for temporary restraining order that was denied as untimely.  (Docs. 1, 2, 6).  Petitioner is in custody of Immigration and Customs Enforcement ("ICE") at the Golden State Annex facility located in McFarland, California.  (Doc. 1 ¶ 27).

Upon review of the instant petition, it appears that this action is duplicative of an earlier-filed action in this Court: *Satnam Singh Khosa v. Warden of the Golden State Annex Detention Facility, et al.*, 1:26-cv-00185-JLT-CDB ("*Khosa I*").  In that action, Petitioner filed a pro se petition for writ of habeas corpus on January 12, 2026, alleging that his detention by immigration

1

authorities for approximately five months without the benefit of a bond hearing violates his rights to due process under the Fifth Amendment to the U.S. Constitution. *See* (*Khosa I*, Docs. 1, 3). The Court set a briefing schedule on the petition and Respondents have filed a response to the petition in the earlier-filed action. *See* (*Khosa I*, Docs. 3, 7). No attorney of record has appeared on behalf of Petitioner in *Khosa I*.

The instant petition alleges that Petitioner has been held in detention since August 19, 2025, without reason, purportedly under 8 U.S.C. § 1225(b)(1), in violation of his statutory and constitutional rights. (Doc. 1 ¶¶ 5, 10). The petition asserts a similar claim for violation of Fifth Amendment due process and additional claims for violations of the Administrative Procedure Act ("APA") and for unlawful detention in violation of the Immigration and Nationality Act ("INA"). *See* (Doc. 1 at 13-20). Although the petition asserts that "[n]o petition for a writ of habeas corpus has previously been filed in any court regarding Petitioner[,]" *id.* ¶ 26, that is not the case in light of the *Khosa I* action.

"After weighing the equities of the case, the district court may exercise its discretion to dismiss a duplicative later-filed action, to stay that action pending resolution of the previously filed action, to enjoin the parties from proceeding with it, or to consolidate both actions." *Adams v. California Dep't of Health Servs.*, 487 F.3d 684, 689 (9th Cir. 2007) (citation omitted), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904 (2008).

Based on the Court's review of the petitions, and the substantially similar facts and similar claims alleged therein, the Court will order Petitioner to show cause in writing why this action should not be dismissed as duplicative of the earlier-filed *Khosa I* action. Petitioner will be directed to indicate in his response (1) whether this action is substantially similar to *Khosa I*, (2) whether he seeks to consolidate the matters pursuant to Federal Rule of Civil Procedure 42(a) and, if so, whether counsel for Petitioner intends to file a notice of appearance on behalf of Petitioner in the *Khosa I* action, (3) whether Petitioner seeks to proceed on the merits of the instant petition or the earlier-filed petition, and (4) whether petitioner voluntarily agrees to dismiss either this action or *Khosa I*.

**Conclusion and Order**

For the foregoing reasons, Petitioner is ORDERED to show cause in writing **within five (5) days** of entry of this order why this action should not be dismissed as duplicative of the earlier-filed *Khosa I* (1:26-cv-00185-JLT-CDB) action.  In his response, Petitioner SHALL ADDRESS (1) whether this action is substantially similar to *Khosa I*, (2) whether Petitioner seeks to consolidate the matters pursuant to Federal Rule of Civil Procedure 42(a) and, if so, whether counsel for Petitioner intends to file a notice of appearance on behalf of Petitioner in the *Khosa I* action, (3) whether Petitioner seeks to proceed on the merits of the instant petition or the earlier-filed petition, and (4) whether Petitioner voluntarily agrees to dismiss either this action or *Khosa I*.

IT IS SO ORDERED.

Dated:    **January 23, 2026**                        _____
                                                      UNITED STATES MAGISTRATE JUDGE

3